# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                             NO. 4:98CR00065-001 SWW

LEON BELL, JR.

### ORDER

Pending before the Court is a motion to revoke supervised release as to defendant Leon Bell, Jr. A hearing is scheduled July 2, 2013 at 1:00 p.m. The defendant was previously represented by the Federal Public Defendant and the Court finds that the Federal Public Defender should be appointed in this revocation matter.

IT IS THEREFORE ORDERED that Lisa Peters, Assistant Federal Public Defendant, hereby is appointed as counsel for the defendant, Leon Bell, Jr., in this matter.

DATED this 1st day of July 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE